UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TREVOR FAGAN,

        Plaintiff,

        - against -

NEW YORK STATE OFFICE OF TEMPORARY
AND DISABILITY ASSISTANCE,

        Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
16-CV-452 (RRM) (LB)

      A Memorandum and Order of the undersigned having been issued this day dismissing all claims against the defendant, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed with prejudice, and that this case is hereby closed.

                                                                                                SO ORDERED.

Dated: Brooklyn, New York
       March 29, 2018

                                           *Roslynn R. Mauskopf*
                                           _____
                                           ROSLYNN R. MAUSKOPF
                                           United States District Judge